# United States Bankruptcy Court
## District of Arizona

In re: **Raymond N Milyard / Tammy A Thiboutot**, Debtor(s)

Case No. **2:20-bk-03069**
Chapter **13**

## Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Raymond N Milyard**, declares the foregoing to be true and correct under penalty of perjury.

☒ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Tammy A Thiboutot**, declares the foregoing to be true and correct under penalty of perjury.

Date **March 21, 2020**   Signature **/s/ Raymond N Milyard**
Raymond N Milyard
Debtor

Date **March 21, 2020**   Signature **/s/ Tammy A Thiboutot**
Tammy A Thiboutot
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Local Form 1007-2 (08/18)   Declaration of Evidence of Payments   Page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 2:20-bk-03069-PS   Doc 8   Filed 03/30/20   Entered 03/30/20 09:09:38   Desc
Main Document   Page 1 of 13

# Earnings Statement

**RAYMOND MILYARD**

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC
5310 HARVEST HILL RD SUITE 290
DALLAS  TX  75230    (214) 420-0657

Pay Date: 03/20/2020
Period Start: 03/01/2020
Period End: 03/14/2020

Emp #: A2VY
Dept: CORPIT - Corporate Information Technolo
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 72.62 | 1815.50 | 11263.75 |
| Overtime | 37.50 | 8.14 | 305.25 | 1131.75 |
| AZ Sick Leave | 25.00 | 8.00 | 200.00 | 400.00 |
| Holiday | 25.00 | 0.00 | 0.00 | 600.00 |
| **Gross** | | 88.76 | 2320.75 | 13395.50 |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 101.14 | 600.73 |
| Medicare | | | 33.65 | 194.23 |
| Social Security | | | 143.89 | 830.52 |
| Arizona State W/H(G/0) | | | 75.19 | 449.32 |
| **Deductions** | | | | |
| 401K % | | | 232.08 | 914.41 |
| Accident | | | 15.26 | 91.56 |
| Child Life | | | 0.15 | 0.90 |
| Critical Illness Employee Only | | | 15.78 | 94.68 |
| Disability | | | 19.94 | 119.64 |
| Expense Reimb | | | 0.00 | -785.09 |
| Life | | | 29.26 | 175.56 |
| Long Term Disability | | | 30.20 | 181.20 |
| **Net Pay** | | | 1624.21 | 10527.84 Voucher No. 128006DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1624.21 | 10527.84 A/C:1819 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AZ Sick Leave Hours | 1.68 | 40.00 | 32.00 | 8.00 |
| Bereavement Hours | 0.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | 0.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | 0.00 | 40.00 | 0.00 | 40.00 |

# Earnings Statement

**RAYMOND MILYARD**

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC
5310 HARVEST HILL RD SUITE 290
DALLAS  TX  75230  (214) 420-0657

Pay Date: 03/06/2020
Period Start: 02/16/2020
Period End: 02/29/2020

Emp #: A2VY
Dept: CORPIT - Corporate Information Technolo
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 80.00 | 2000.00 | 9448.25 |
| Overtime | 37.50 | 9.64 | 361.50 | 826.50 |
| AZ Sick Leave | 25.00 | 0.00 | 0.00 | 200.00 |
| Holiday | 25.00 | 0.00 | 0.00 | 600.00 |
| **Gross** |  | 89.64 | 2361.50 | 11074.75 |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 105.54 | 499.59 |
| Medicare | | | 34.24 | 160.58 |
| Social Security | | | 146.41 | 686.63 |
| Arizona State W/H(G/0) | | | 76.51 | 374.13 |
| **Deductions** | | | | |
| 401K % | | | 236.15 | 682.33 |
| Accident | | | 15.26 | 76.30 |
| Child Life | | | 0.15 | 0.75 |
| Critical Illness Employee Only | | | 15.78 | 78.90 |
| Disability | | | 19.94 | 99.70 |
| Expense Reimb | | | -140.30 | -785.09 |
| Life | | | 29.26 | 146.30 |
| Long Term Disability | | | 30.20 | 151.00 |
| **Net Pay** | | | 1792.36 | 8903.63  Voucher No. 126464DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1792.36 | 8903.63  A/C:1819 |

| **Employee Benefits, Allowances, and Other** | | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| AZ Sick Leave Hours | | | 2.67 | 38.32 | 24.00 | 14.32 |
| Bereavement Hours | | | 0.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | | | 0.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | | | 0.00 | 40.00 | 0.00 | 40.00 |

# Earnings Statement                                             RAYMOND MILYARD

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC
5310 HARVEST HILL RD SUITE 290
DALLAS  TX  75230    (214) 420-0657

| | | |
|---|---|---|
| Pay Date: | 02/21/2020 | Emp #: A2VY |
| Period Start: | 02/02/2020 | Dept: CORPIT - Corporate Information Technolo |
| Period End: | 02/15/2020 | Pay Basis: Hourly |

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 80.00 | 2000.00 | 7448.25 |
| Overtime | 37.50 | 3.44 | 129.00 | 465.00 |
| AZ Sick Leave | 25.00 | 0.00 | 0.00 | 200.00 |
| Holiday | 25.00 | 0.00 | 0.00 | 600.00 |
| **Gross** | | 83.44 | 2129.00 | 8713.25 |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 80.43 | 394.05 |
| Medicare | | | 30.87 | 126.34 |
| Social Security | | | 132.00 | 540.22 |
| Arizona State W/H(G/0) | | | 68.98 | 297.62 |
| **Deductions** | | | | |
| 401K % | | | 212.90 | 446.18 |
| Accident | | | 15.26 | 61.04 |
| Child Life | | | 0.15 | 0.60 |
| Critical Illness Employee Only | | | 15.78 | 63.12 |
| Disability | | | 19.94 | 79.76 |
| Expense Reimb | | | -63.83 | -644.79 |
| Life | | | 29.26 | 117.04 |
| Long Term Disability | | | 30.20 | 120.80 |
| **Net Pay** | | | 1557.06 | 7111.27  Voucher No. 124901DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1557.06 | 7111.27  A/C:1819 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AZ Sick Leave Hours | 2.67 | 35.65 | 24.00 | 11.65 |
| Bereavement Hours | 0.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | 0.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | 0.00 | 40.00 | 0.00 | 40.00 |

# Earnings Statement                                             RAYMOND MILYARD

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN  
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC  
5310 HARVEST HILL RD SUITE 290  
DALLAS  TX  75230  (214) 420-0657

Pay Date: 02/07/2020  
Period Start: 01/19/2020  
Period End: 02/01/2020  

Emp #: A2VY  
Dept: CORPIT - Corporate Information Technolo  
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 80.00 | 2000.00 | 5448.25 |
| Overtime | 37.50 | 3.54 | 132.75 | 336.00 |
| AZ Sick Leave | 25.00 | 8.00 | 200.00 | 200.00 |
| Holiday | 25.00 | 0.00 | 0.00 | 600.00 |
| **Gross** | | 91.54 | 2332.75 | 6584.25 |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 102.44 | 313.62 |
| Medicare | | | 33.82 | 95.47 |
| Social Security | | | 144.63 | 408.22 |
| Arizona State W/H(G/0) | | | 75.58 | 228.64 |
| **Deductions** | | | | |
| 401K % | | | 233.28 | 233.28 |
| Accident | | | 15.26 | 45.78 |
| Child Life | | | 0.15 | 0.45 |
| Critical Illness Employee Only | | | 15.78 | 47.34 |
| Disability | | | 19.94 | 59.82 |
| Expense Reimb | | | -311.38 | -580.96 |
| Life | | | 29.26 | 87.78 |
| Long Term Disability | | | 30.20 | 90.60 |
| **Net Pay** | | | 1943.79 | 5554.21  Voucher No. 121849DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1943.79 | 5554.21  A/C:1819 |

| **Employee Benefits, Allowances, and Other** | | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|---|
| AZ Sick Leave Hours | | | 2.67 | 32.98 | 24.00 | 8.98 |
| Bereavement Hours | | | 0.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | | | 0.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | | | 0.00 | 40.00 | 0.00 | 40.00 |

# Earnings Statement                                             RAYMOND MILYARD

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC

| | | |
|---|---|---|
| Pay Date: 01/24/2020 | 5310 HARVEST HILL RD SUITE 290 | Emp #: A2VY |
| Period Start: 01/05/2020 | DALLAS TX 75230 (214) 420-0657 | Dept: CORPIT - Corporate Information Technolo |
| Period End: 01/18/2020 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 80.00 | 2000.00 | 3448.25 |
| Overtime | 37.50 | 5.42 | 203.25 | 203.25 |
| Holiday | 25.00 | 0.00 | 0.00 | 600.00 |
| **Gross** | | 85.42 | 2203.25 | 4251.50 |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 114.89 | 211.18 |
| Medicare | | | 31.95 | 61.65 |
| Social Security | | | 136.60 | 263.59 |
| Arizona State W/H(G/0) | | | 79.32 | 153.06 |
| **Deductions** | | | | |
| Accident | | | 15.26 | 30.52 |
| Child Life | | | 0.15 | 0.30 |
| Critical Illness Employee Only | | | 15.78 | 31.56 |
| Disability | | | 19.94 | 39.88 |
| Expense Reimb | | | -104.67 | -269.58 |
| Life | | | 29.26 | 58.52 |
| Long Term Disability | | | 30.20 | 60.40 |
| **Net Pay** | | | 1834.57 | 3610.42 Voucher No. 120312DD |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1834.57 | 3610.42 A/C:1819 |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| AZ Sick Leave Hours | 2.67 | 30.31 | 16.00 | 14.31 |
| Bereavement Hours | 0.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | 0.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | 0.00 | 40.00 | 0.00 | 40.00 |

# Earnings Statement

**RAYMOND MILYARD**

Company: 0HA31 - OLIVER STREET DERMATOLOGY MANAGEMEN
DBA: OLIVER STREET DERMATOLOGY MANAGEMENT LLC
5310 HARVEST HILL RD SUITE 290
DALLAS  TX  75230    (214) 420-0657

Pay Date: 01/10/2020
Period Start: 12/22/2019
Period End: 01/04/2020

Emp #: A2VY
Dept: CORPIT - Corporate Information Technolo
Pay Basis: Hourly

|  | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 25.00 | 57.93 | 1448.25 | 1448.25 |
| Holiday | 25.00 | 24.00 | 600.00 | 600.00 |
| **Gross** | | 81.93 | **2048.25** | **2048.25** |
| **W/H Taxes** | | | | |
| Federal W/H(M/4) | | | 96.29 | 96.29 |
| Medicare | | | 29.70 | 29.70 |
| Social Security | | | 126.99 | 126.99 |
| Arizona State W/H(G/0) | | | 73.74 | 73.74 |
| **Deductions** | | | | |
| Accident | | | 15.26 | 15.26 |
| Child Life | | | 0.15 | 0.15 |
| Critical Illness Employee Only | | | 15.78 | 15.78 |
| Disability | | | 19.94 | 19.94 |
| Expense Reimb | | | -164.91 | -164.91 |
| Life | | | 29.26 | 29.26 |
| Long Term Disability | | | 30.20 | 30.20 |
| **Net Pay** | | | **1775.85** | **1775.85** Voucher No. 118772DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1775.85 | 1775.85 A/C:1819 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| AZ Sick Leave Hours | 1.93 | 27.64 | 16.00 | 11.64 |
| Bereavement Hours | 24.00 | 24.00 | 0.00 | 24.00 |
| Jury Duty Hours | 40.00 | 40.00 | 0.00 | 40.00 |
| PTO Hours | 1.50 | 40.00 | 0.00 | 40.00 |

## Company Information

| Name | Address | Phone |
|---|---|---|
| Charles Schwab & Co., Inc. | 211 Main Street<br>San Francisco, CA 94105<br>United States of America | +1 800-421-4488 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Tammy Thiboutot | 63952 | 03/01/2020 | 03/15/2020 | 03/13/2020 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax deductions | Employee (EE) Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,990.50 | 824.51 | 503.62 | 285.21 | 2,377.16 |
| YTD | 29,279.98 | 3,933.95 | 5,611.58 | 1,290.01 | 18,444.44 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Bonus - Corporate | | | | | 9,800.00 |
| Regular Pay | 03/01/2020 - 03/15/2020 | 80.00 | 0.00 | 3,990.50 | 16,968.78 |
| Unvested Restricted Share Dividend | | | | | 10.80 |
| Regular Pay | 02/16/2020 - 02/29/2020 | -80.00 | 0.00 | (3,869.67) | |
| Regular Pay | 02/16/2020 - 02/29/2020 | 72.00 | 0.00 | 3,512.47 | |
| Sick Pay | 02/16/2020 - 02/29/2020 | 8.00 | 44.65 | 357.20 | 1,071.60 |
| Vacation Pay | | | | | 1,428.80 |
| | | | Total: | 3,990.50 | 29,279.98 |

## Employee (EE) Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 213.92 | 1,647.89 |
| Medicare | 50.03 | 385.39 |
| Federal Withholding | 154.05 | 2,893.27 |
| State Tax - AZ | 85.62 | 685.03 |
| Total: | 503.62 | 5,611.58 |

## Pre Tax deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 279.34 | 1,208.10 |
| Dental Plan | 55.00 | 275.00 |
| HSA EE Contribution - UHC Optum | 254.17 | 1,270.85 |
| Medical Plan | 231.00 | 1,155.00 |
| Vision Plan | 5.00 | 25.00 |
| Total: | 824.51 | 3,933.95 |

## Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan - 001 | 103.51 | 381.51 |
| 401(k) Loan - 002 | 141.20 | 706.00 |
| Accident | 4.63 | 23.15 |

| Description | Amount | YTD |
|---|---:|---:|
| Child Life Insurance | 0.83 | 4.15 |
| Critical Ill | 13.60 | 68.00 |
| EE Supplemental Life Insurance | 4.56 | 22.80 |
| Long Term Disability | 13.62 | 68.10 |
| Supplemental AD&D | 3.26 | 16.30 |
| Total: | 285.21 | 1,290.01 |

### Employer (ER) Paid Benefits

| Description | Amount | YTD |
|---|---:|---:|
| 401(k) ER Match | 279.34 | 1,208.10 |
| 401(k) ER Match - Flat Amount | | 250.00 |
| EE Basic Life Insurance | 4.95 | 24.75 |
| HSA ER Contribution - UHC Optum | | 1,300.00 |
| Health Reward - UHC HSA | | 300.00 |
| Total: | 284.29 | 3,082.85 |

### Taxable Wages

| Description | Amount | YTD |
|---|---:|---:|
| OASDI - Taxable Wages | 3,450.28 | 26,578.88 |
| Medicare - Taxable Wages | 3,450.28 | 26,578.88 |
| Federal Withholding - Taxable Wages | 3,170.94 | 25,370.78 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 7 | 0 |
| Additional Withholding | 0 | 0 |

### Sick Accrual Calculated at 1.3 Hours for Every 30 Hours Worked

| Description | Accrued | Reduced | Available |
|---|---:|---:|---:|
| Sick Hours | 3.12 | 0.00 | 19.64418 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---:|---|
| Bank of America | Bank of America ******1819 | ******1819 | 2,377.16 | USD |
| | | Total: | 2,377.16 | |

Charles Schwab & Co., Inc.   211 Main Street   San Francisco, CA 94105   +1 (800) 421-4488
Tammy Thiboutot   16420 W Baden Ave   Goodyear, AZ 85338

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammy Thiboutot | Charles Schwab & Co., Inc. | 63952 | 02/16/2020 | 02/29/2020 | 02/28/2020 | |

| | Gross Pay | Pre Tax deductions | Employee (EE) Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,869.67 | 777.36 | 483.54 | 181.70 | 2,427.07 |
| YTD | 15,478.68 | 3,109.44 | 1,934.17 | 1,004.80 | 9,430.27 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay | 02/16/2020-02/29/2020 | 80 | 0 | 3,869.67 | 13,335.48 |
| Sick Pay | | | | | 714.40 |
| Vacation Pay | | | | | 1,428.80 |
| Earnings | | | | 3,869.67 | 15,478.68 |

### Employee (EE) Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 206.42 | 825.70 |
| Medicare | 48.28 | 193.11 |
| Federal Withholding | 145.21 | 580.84 |
| State Tax - AZ | 83.63 | 334.52 |
| Employee (EE) Taxes | 483.54 | 1,934.17 |

### Pre Tax deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 232.19 | 928.76 |
| Dental Plan | 55.00 | 220.00 |
| HSA EE Contribution - UHC Optum | 254.17 | 1,016.68 |
| Medical Plan | 231.00 | 924.00 |
| Vision Plan | 5.00 | 20.00 |
| Pre Tax deductions | 777.36 | 3,109.44 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan - 001 | | 278.00 |
| 401(k) Loan - 002 | 141.20 | 564.80 |
| Accident | 4.63 | 18.52 |
| Child Life Insurance | 0.83 | 3.32 |
| Critical Ill | 13.60 | 54.40 |
| Details Not Displayed | 21.44 | 85.76 |
| Deductions | 181.70 | 1,004.80 |

### Employer (ER) Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER Match | 193.48 | 773.93 |
| 401(k) ER Match - Flat Amount | 0.00 | 250.00 |
| EE Basic Life Insurance | 4.95 | 19.80 |
| HSA ER Contribution - UHC Optum | | 1,300.00 |
| Health Reward - UHC HSA | | 300.00 |
| Employer (ER) Paid Benefits | 198.43 | 2,643.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,329.45 | 13,317.80 |
| Medicare - Taxable Wages | 3,329.45 | 13,317.80 |
| Federal Withholding - Taxable Wages | 3,097.26 | 12,389.04 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 7 | 0 |
| Additional Withholding | 0 | 0 |

### Sick Accrual Calculated at 1.3 Hours for Every 30 Hours Worked

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Hours | 3.46667 | 8 | 16.52418 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank of America | Bank of America ******1819 | ******1819 | | 2,427.07 | USD |

Charles Schwab & Co., Inc.   211 Main Street   San Francisco, CA 94105   +1 (800) 421-4488
Tammy Thiboutot   16420 W Baden Ave   Goodyear, AZ 85338

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammy Thiboutot | Charles Schwab & Co., Inc. | 63952 | 02/01/2020 | 02/15/2020 | 02/14/2020 | |

| | Gross Pay | Pre Tax deductions | Employee (EE) Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,869.67 | 777.36 | 483.55 | 181.70 | 2,427.06 |
| YTD | 11,609.01 | 2,332.08 | 1,450.63 | 823.10 | 7,003.20 |

| Earnings | | | | | | Employee (EE) Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular Pay | 02/01/2020-02/15/2020 | 80 | 0 | 3,869.67 | 9,465.81 | OASDI | 206.43 | 619.28 |
| Sick Pay | | | | | 714.40 | Medicare | 48.28 | 144.83 |
| Vacation Pay | | | | | 1,428.80 | Federal Withholding | 145.21 | 435.63 |
| | | | | | | State Tax - AZ | 83.63 | 250.89 |
| Earnings | | | | 3,869.67 | 11,609.01 | Employee (EE) Taxes | 483.55 | 1,450.63 |

| Pre Tax deductions | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 232.19 | 696.57 | 401(k) Loan - 001 | | 278.00 |
| Dental Plan | 55.00 | 165.00 | 401(k) Loan - 002 | 141.20 | 423.60 |
| HSA EE Contribution - UHC Optum | 254.17 | 762.51 | Accident | 4.63 | 13.89 |
| Medical Plan | 231.00 | 693.00 | Child Life Insurance | 0.83 | 2.49 |
| Vision Plan | 5.00 | 15.00 | Critical Ill | 13.60 | 40.80 |
| | | | Details Not Displayed | 21.44 | 64.32 |
| Pre Tax deductions | 777.36 | 2,332.08 | Deductions | 181.70 | 823.10 |

| Employer (ER) Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER Match | 193.48 | 580.45 | OASDI - Taxable Wages | 3,329.45 | 9,988.35 |
| 401(k) ER Match - Flat Amount | 0.00 | 250.00 | Medicare - Taxable Wages | 3,329.45 | 9,988.35 |
| EE Basic Life Insurance | 4.95 | 14.85 | Federal Withholding - Taxable Wages | 3,097.26 | 9,291.78 |
| HSA ER Contribution - UHC Optum | | 1,300.00 | | | |
| Health Reward - UHC HSA | | 300.00 | | | |
| Employer (ER) Paid Benefits | 198.43 | 2,445.30 | | | |

| | Federal | State | Sick Accrual Calculated at 1.3 Hours for Every 30 Hours Worked | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 7 | 0 | Sick Hours | 3.46667 | 0 | 21.05751 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Bank of America | Bank of America ******1819 | ******1819 | | 2,427.06   USD |

Charles Schwab & Co., Inc.   211 Main Street   San Francisco, CA 94105   +1 (800) 421-4488
Tammy Thiboutot   16420 W Baden Ave   Goodyear, AZ 85338

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammy Thiboutot | Charles Schwab & Co., Inc. | 63952 | 01/16/2020 | 01/31/2020 | 01/31/2020 | |

| | Gross Pay | Pre Tax deductions | Employee (EE) Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,869.67 | 777.36 | 483.53 | 320.70 | 2,288.08 |
| YTD | 7,739.34 | 1,554.72 | 967.08 | 641.40 | 4,576.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay | 01/16/2020-01/31/2020 | 96 | 0 | 3,869.67 | 5,596.14 |
| Regular Pay | 01/01/2020-01/15/2020 | -88 | 0 | -3,869.67 | |
| Regular Pay | 01/01/2020-01/15/2020 | 72 | 0 | 3,155.27 | |
| Sick Pay | 01/01/2020-01/15/2020 | 16 | 44.65 | 714.40 | 714.40 |
| Vacation Pay | | | | | 1,428.80 |
| Earnings | | | | 3,869.67 | 7,739.34 |

### Employee (EE) Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 206.42 | 412.85 |
| Medicare | 48.27 | 96.55 |
| Federal Withholding | 145.21 | 290.42 |
| State Tax - AZ | 83.63 | 167.26 |
| Employee (EE) Taxes | 483.53 | 967.08 |

### Pre Tax deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 232.19 | 464.38 |
| Dental Plan | 55.00 | 110.00 |
| HSA EE Contribution - UHC Optum | 254.17 | 508.34 |
| Medical Plan | 231.00 | 462.00 |
| Vision Plan | 5.00 | 10.00 |
| Pre Tax deductions | 777.36 | 1,554.72 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan - 001 | 139.00 | 278.00 |
| 401(k) Loan - 002 | 141.20 | 282.40 |
| Accident | 4.63 | 9.26 |
| Child Life Insurance | 0.83 | 1.66 |
| Critical Ill | 13.60 | 27.20 |
| Details Not Displayed | 21.44 | 42.88 |
| Deductions | 320.70 | 641.40 |

### Employer (ER) Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER Match | 193.49 | 386.97 |
| 401(k) ER Match - Flat Amount | 0.00 | 250.00 |
| EE Basic Life Insurance | 4.95 | 9.90 |
| HSA ER Contribution - UHC Optum | | 1,300.00 |
| Health Reward - UHC HSA | | 300.00 |
| Employer (ER) Paid Benefits | 198.44 | 2,246.87 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,329.45 | 6,658.90 |
| Medicare - Taxable Wages | 3,329.45 | 6,658.90 |
| Federal Withholding - Taxable Wages | 3,097.26 | 6,194.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 7 | 0 |
| Additional Withholding | 0 | 0 |

### Sick Accrual Calculated at 1.3 Hours for Every 30 Hours Worked

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Hours | 3.46667 | 0 | 17.59084 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank of America | Bank of America ******1819 | ******1819 | | 2,288.08 | USD |

Charles Schwab & Co., Inc.   211 Main Street   San Francisco, CA 94105   +1 (800) 421-4488
Tammy Thiboutot   16420 W Baden Ave   Goodyear, AZ 85338

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tammy Thiboutot | Charles Schwab & Co., Inc. | 63952 | 01/01/2020 | 01/15/2020 | 01/15/2020 | |

| | Gross Pay | Pre Tax deductions | Employee (EE) Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,869.67 | 777.36 | 483.55 | 320.70 | 2,288.06 |
| YTD | 3,869.67 | 777.36 | 483.55 | 320.70 | 2,288.06 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Pay | 01/01/2020-01/15/2020 | 88 | 0 | 3,869.67 | 2,440.87 |
| Regular Pay | 12/16/2019-12/31/2019 | -96 | 0 | -3,869.67 | |
| Regular Pay | 12/16/2019-12/31/2019 | 64 | 0 | 2,440.87 | |
| Vacation Pay | 12/16/2019-12/31/2019 | 32 | 44.65 | 1,428.80 | 1,428.80 |
| Earnings | | | | 3,869.67 | 3,869.67 |

### Employee (EE) Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 206.43 | 206.43 |
| Medicare | 48.28 | 48.28 |
| Federal Withholding | 145.21 | 145.21 |
| State Tax - AZ | 83.63 | 83.63 |
| Employee (EE) Taxes | 483.55 | 483.55 |

### Pre Tax deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 232.19 | 232.19 |
| Dental Plan | 55.00 | 55.00 |
| HSA EE Contribution - UHC Optum | 254.17 | 254.17 |
| Medical Plan | 231.00 | 231.00 |
| Vision Plan | 5.00 | 5.00 |
| Pre Tax deductions | 777.36 | 777.36 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Loan - 001 | 139.00 | 139.00 |
| 401(k) Loan - 002 | 141.20 | 141.20 |
| Accident | 4.63 | 4.63 |
| Child Life Insurance | 0.83 | 0.83 |
| Critical Ill | 13.60 | 13.60 |
| Details Not Displayed | 21.44 | 21.44 |
| Deductions | 320.70 | 320.70 |

### Employer (ER) Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER Match | 193.48 | 193.48 |
| 401(k) ER Match - Flat Amount | 250.00 | 250.00 |
| EE Basic Life Insurance | 4.95 | 4.95 |
| HSA ER Contribution - UHC Optum | 1,300.00 | 1,300.00 |
| Health Reward - UHC HSA | 300.00 | 300.00 |
| Employer (ER) Paid Benefits | 2,048.43 | 2,048.43 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,329.45 | 3,329.45 |
| Medicare - Taxable Wages | 3,329.45 | 3,329.45 |
| Federal Withholding - Taxable Wages | 3,097.26 | 3,097.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 7 | 0 |
| Additional Withholding | 0 | 0 |

### Sick Accrual Calculated at 1.3 Hours for Every 30 Hours Worked

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Hours | 2.42667 | 16 | 14.12417 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Bank of America | Bank of America ******1819 | ******1819 | | 2,288.06 | USD |