Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S−9
PHOENIX, AZ 85028
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| RAYMOND N MILYARD, | Case No. 2:20-bk-03069-PS |
| TAMMY A. THIBOUTOT, | **OBJECTION TO TRUSTEE'S RECOMMENDATION** |
| Debtors. | |

Comes now the above-named Debtors, RAYMOND N MILYARD and TAMMY A. THIBOUTOT, by and through counsel of record and hereby objects to the Chapter 13 Trustee's Recommendation filed on January 5, 2023 docketed at docket no. 69. Debtors have not been able to fully comply with the Trustee's Recommendations and are still working to resolve the outstanding issues in order to comply with the Trustee's evaluation. Debtors represents the following in support of their motion:

1. Debtors are reviewing the case with counsel in regards to filing a second Modified Plan.

## PRAYER FOR RELIEF

WHEREFORE, Debtors pray that the Court grant additional time, and grant Debtors until March 29, 2023 to comply with Trustee Recommendations.

Dated: February 27, 2023.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd
Phoenix AZ  85018
Attorney for Debtor

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was submitted on February 27, 2023 in the United States Bankruptcy Court for filing and transmittal of notice of electronic filing to the United States Trustee, the Chapter 13 Trustee and the ECF registrants, including counsel for each of debtors' mortgage creditors, appearing in this case.

By: */s/Tom McAvity*_____