Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| RAYMOND N MILYARD, | Case No. 2:20-bk-03069-PS |
| TAMMY A. THIBOUTOT, | NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION |
| Debtors. | |

PLEASE TAKE NOTICE that on **April 4, 2023 at 10:00 A.M., a hearing will be had on the Debtors' Objection to Trustee Recommendation** filed on 02/27/2023, Docket #70.

This will be a telephonic hearing, CALL (833) 568-8864, ID 160 2682 4153, PASS CODE 415399 TO MAKE AN APPEARANCE AT THIS HEARING. Please use your full name when you join the meeting.

Dated: February 27, 2023.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 27th day of February 2023 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List

/s/ Tom McAvity