```
TIFFANY & BOSCO
         P.A.
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
```

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Toyota Motor Credit Corporation
20-01367

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Raymond N. Milyard and Tammy A. Thiboutot | Case No. 2:20-bk-03069-PS |
| Debtors. | **STIPULATION REGARDING VEHICLE INSURANCE PROCEEDS**<br><br>RE: 2018 TOYOTA PRIUS<br>VIN: JTDKARFUXJ3058301 |

This Stipulation regarding the application of vehicle insurance proceeds is by and between Toyota Motor Credit Corporation ("Toyota"), Raymond N. Milyard and Tammy A. Thiboutot ("Debtors), and Chapter 13 Trustee Russell Brown ("Trustee"), collectively ("Parties"):

**RECITALS**

A. On March 21, 2020, the Debtors filed the above captioned Chapter 13 case. Russell Brown was appointed as Chapter 13 Trustee of the bankruptcy estate.

1

B. Toyota has a first priority, perfected security interest in the Debtors' 2018 TOYOTA PRIUS; VIN: JTDKARFUXJ3058301 ("Collateral"). Toyota's security interest and the debt which it secures are evidenced by a Retail Installment Sale Contract-Simple Finance Charge (With Arbitration Provision) ("Contract"), executed by Debtor Raymond N. Milyard on September 29, 2018, and a lien filing receipt, copies of which are attached to the filed Proof of Claim #15. The Contract interest rate is 2.90% per annum.

C. On June 14, 2021, Debtors' Chapter 13 Plan ("Plan") was confirmed. The confirmed plan provided for the full lien payment amount of $34,334.12 with 6.25% interest.

D. On or about December 4, 2022, the Collateral was involved in an accident and deemed a total loss by State Farm Insurance ("State Farm").

E. The Trustee has paid the amount of $27,989.71 on this Secured Claim which includes $23,356.46 of principal from Toyota's allowed claim as of the date of this Stipulation.

F. State Farm will pay $28,418.20 ("Proceeds") as a result of the insurance claim related to the total loss of the Collateral.

G. Under 11 U.S.C. §1325(a)(5)(B)(i)(I)(aa)-(bb), Toyota is entitled to retain its lien on the Collateral and the insurance proceeds thereof until the earlier of payment of the underlying debt determined under nonbanruptcy law or the discharge of the Debtor under §1328.

H. The Parties desire to avoid litigation over the insurance proceeds paid by State Farm related to the Collateral.

## AGREEMENT

1. The Parties agree that upon approval of this Stipulation, State Farm shall disburse Proceeds as follows:

    A. $9,033.77 to trustee;

    B. $19,384.43 to Debtors.

2

2. Upon receipt of the $9,033.77 by Trustee, Trustee shall disburse the sum of $8,463.54 to Toyota as full payment of the amount due to Toyota under Plan and Toyota will provide Trustee with a lien release letter to State Farm and will release its lien on the Collateral. Trustee shall be entitled to his statutory fee for making disbursements.

3. Each party shall do and perform, or cause to be done and performed, all such further acts and things, and shall execute and deliver all such other agreements, certificates, instruments and documents, as the other party may reasonably request in order to carry out the intent and accomplish the purposes of this Stipulation and the consummation of the transactions contemplated

DATED this 25th day of May, 2023.

TIFFANY & BOSCO, P.A.

By: _____
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

_____
Thomas Adams McAvity
Attorney for Debtors

Rachel Flinn
2023.05.25
09:45:33 -07'00'

_____
Russell Brown
Trustee

3